UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **DWAYNE ERIC REED** | * | **CIVIL ACTION NO. 2:15-cv-2368** |
| B.O.P. # 03174-089 | * | SECTION P |
| | * | |
| v. | * | **JUDGE MINALDI** |
| | * | |
| | * | |
| **REBECCA CLAY** | * | **MAGISTRATE JUDGE KAY** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Before the court is a Motion to Appeal the Magistrate Judge's Decision (Rec. Doc. 8) filed by the plaintiff, Dwayne Eric Reed. Rule 72(a) dictates that a district judge must review decisions on nondispositive motions by the magistrate judge and "modify or set aside any part of the order that is clearly erroneous or is contrary to law." FED. R. CIV. P. 72(a). A finding may be said to be "clearly erroneous" when the reviewing court is "left with the definite and firm conviction that a mistake has been committed." *United States v. Stevens*, 487 F.3d 232, 240 (5th Cir. 2007) (citation omitted). The court finds that the Magistrate Judge's Order (Rec. Doc. 7) is neither clearly erroneous nor contrary to law. Accordingly,

**IT IS ORDERED** that Reed's Motion to Appeal the Magistrate Judge's Decision (Rec. Doc. 8) is **DENIED**.

Lake Charles, Louisiana, this 10 day of May 2016.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE