RECEIVED
IN LAKE CHARLES, LA.

JUN 17 2016

TONY R. MOORE, CLERK
BY_____
         DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| DWAYNE ERIC REED | * | CIVIL ACTION NO. 2:15-cv-2368 |
| B.O.P. # 03174-089 | * | SECTION P |
| | * | |
| v. | * | JUDGE MINALDI |
| | * | |
| | * | |
| REBECCA CLAY | * | MAGISTRATE JUDGE KAY |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## JUDGMENT

For the reasons stated in the Report and Recommendation (Rec. Doc. 9) of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, consideration of Plaintiff's Objections (Rec. Doc. 10), and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that the petition for *habeas corpus* filed pursuant to 28 U.S.C. § 2241 is **DISMISSED WITH PREJUDICE** because the court lacks jurisdiction to consider these claims.

Lake Charles, Louisiana, this 16 day of June, 2016.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE